**IRAJ SHAHROK, ESQ. (CSB #49776)**
**Iraj Shahrok Law Offices**
**572 Ralston Avenue**
**Belmont, CA 94002**
**(650) 591-9604**
**(650) 591-6076 (Fax)**

**Attorney for Plaintiff JESSICA MARQUEZ CAPARAZ**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
450 Golden Gate Avenue
San Francisco, California 94102

_____

| | |
|---|---|
| **JESSICA MARQUEZ CAPARAZ,**  **Plaintiff,**  v.  **ALBERTO GONZALEZ, et al.**  **U.S. Attorney General,**  **Defendant.** | Case No:     CV 07-04381 SC  **PETITION TO CONFER UNITED STATES CITIZENSHIP ON PLAINTIFF'S APPLICATION**  NOTICE OF HEARING ON:  Date:     December 7, 2007  Time:    10:00 AM  Place:   Courtroom #1  17th Floor |

_____

**COMPLAINT FOR WRIT OF MANDAMUS**

**TO THE HONORABLE JUDGE OF SAID COURT:**

Plaintiff, through undersigned counsel, respectfully submits her motion to the Court with request for the Court to issue the following orders:

1)     Grant and confer U.S. citizenship on Plaintiff, a long-term permanent resident of the United States as she passed the written and oral examination for U.S.

_____
PETITION AND NOTICE/COMPLAINT FOR WRIT OF MANDAMUS
CV – 07-04381 SC

citizenship on April 11, 2006 but HAS NOT RECEIVED ANY FINAL D.H.S. APPROVAL since then.

       2)       Award Plaintiff $1,500.00 in Attorney's Fees and costs of suit for 10 hours work at $150.00 per hour under E.A.J.

Date:      10/05/2007

Respectfully submitted:

**IRAJ SHAHROK**
Attorney for Plaintiff

IS:las

P.O.S.

---

PETITION AND NOTICE/COMPLAINT FOR WRIT OF MANDAMUS
CV – 07-04381  SC

# PROOF OF SERVICE

On **October 5, 2007,** I served the attached:

- *PETITION TO CONFER UNITED STATES CITIZENSHIP ON PLAINTIFF'S APPLICATION*
- *NOTICE OF HEARING*

on the parties in said action by placing a true copy thereof as indicated below as follows:

| | |
|---|---|
| **JUDGE SAMUEL CONTI** | **(via e-mail and original)** |
| United States District Court | SCpdf@cand.uscourts.gov |
| Northern California | |
| 450 Golden Gate Avenue | |
| San Francisco, CA 94102 | |

| | |
|---|---|
| **ALBERTO GONZALEZ, et al. (Defendants)** | **(via Regular Mail / ECF)** |
| United States Attorney General | |
| U.S. Department of Justice | |
| 950 Pennsylvnia Avenue, NW | |
| Washington, DC 20530-0001 | |

**(X)   BY MAIL:** I caused such envelope(s) with postage thereon fully prepaid to be placed in the United States mail, in the City of Belmont, County of San Mateo, California, on **10/05/2007.**

**(X)   BY E-MAIL / ECF:**  I caused a copy of such document to be sent via *e-mail message* directly to the **Judge's Chamber/Judge Samuel Conti**.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed in Belmont, California on **10/05/2007.**

_____
**IRAJ SHAHROK, ESQ.**

_____
PETITION AND NOTICE/COMPLAINT FOR WRIT OF MANDAMUS
CV – 07-04381 SC