**IRAJ SHAHROK, ESQ.  (CSB #49776)**
Iraj Shahrok Law Offices
572 Ralston Avenue
Belmont, CA 94002
(650) 591-9604
(650) 591-6076 (Fax)

Attorney for Plaintiff JESSICA MARQUEZ CAPARAZ

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### 450 Golden Gate Avenue
### San Francisco, California 94102

_____

| | | |
|---|---|---|
| **JESSICA MARQUEZ CAPARAZ,** | ) | Case No:   CV 07-04381 SC |
| | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **CERTIFICATE OF SERVICE** |
| | ) | **OF ORDER SETTING INITIAL** |
| v. | ) | **CASE MANAGEMENT** |
| | ) | **CONFERENCE AND ADR** |
| | ) | **DEADLINES** |
| | ) | |
| **ALBERTO GONZALEZ, et al.** | ) | |
| **U.S. Attorney General,** | ) | |
| | ) | Hearing Date: December 7, 2007 |
| **Defendant.** | ) | Time:            10:00 AM |
| | ) | Place:           Courtroom #1 |
| | ) |                        17th Floor |

_____

### CERTIFICATE OF SERVICE

**TO THE HONORABLE CLERK OF COURT:**

Pursuant to your instruction, attached is the Certificate of Service of Order Setting Initial Case Management Conference and ADR Deadlines regarding the above-

_____
CERTIFICATE OF SERVICE
C 07-04381 SC

entitled case to all parties in this action.

Date:    10/30/2007

Respectfully submitted:

**IRAJ SHAHROK**
Attorney for Plaintiff
Jessica Caparaz

IS:las

P.O.S.

_____
CERTIFICATE OF SERVICE
C 07-04381 SC

# PROOF OF SERVICE

On **October 10, 2007,** I served the attached:

- ***ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES.***

on the parties in said action by placing a true copy thereof as indicated below as follows:

**MR. DAVID STILL, Director**   (via Mail)
U.S. Citizenship and Immigration Services
630 Sansome Street
San Francisco, CA 94111

**MS. ROBIN BARRETT,** Section Chief   (via Mail)
U.S. Citizenship and Immigration Services
630 Sansome Street
San Francisco, CA 94111

**MICHAEL CHERTOFF**   (via Mail)
U.S. Department of Homeland Security
3801 Nebraska Avenue, NW
Washington, DC 20528

**JOSEPH NAGLE,** DHS Officer   (via Mail)
U.S. Citizenship and Immigration Services
630 Sansome Street
San Francisco, CA 94111

(continued next page)

_____
CERTIFICATE OF SERVICE
C 07-04381 SC

**ALBERTO GONZALEZ,** Attorney General        **(via Mail)**
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001


**(X)**     **BY MAIL:** I caused such envelope(s) with postage thereon fully prepaid to be placed in the United States mail, in the City of Belmont, County of San Mateo, California, on **10/10/2007.**

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed in Belmont, California on **10/10/2007.**

_____
**IRAJ SHAHROK, ESQ.**
Iraj Shahrok Law Offices
572 Ralston Avenue
Belmont, CA 94002
(650) 591-9604

_____
CERTIFICATE OF SERVICE
C 07-04381 SC

# PROOF OF SERVICE

On **October 30, 2007,** I served the attached:

- ***CERTIFICATE OF SERVICE OF ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES***

on the parties in said action by placing a true copy thereof as indicated below as follows:

**MR. DAVID STILL, Director**   (via Mail)
U.S. Citizenship and Immigration Services
630 Sansome Street
San Francisco, CA 94111

**MS. ROBIN BARRETT,** Section Chief   (via Mail)
U.S. Citizenship and Immigration Services
630 Sansome Street
San Francisco, CA 94111

**MICHAEL CHERTOFF**   (via Mail)
U.S. Department of Homeland Security
3801 Nebraska Avenue, NW
Washington, DC 20528

**JOSEPH NAGLE,** DHS Officer   (via Mail)
U.S. Citizenship and Immigration Services
630 Sansome Street
San Francisco, CA 94111

(continued next page)

---
CERTIFICATE OF SERVICE
C 07-04381 SC

**ALBERTO GONZALEZ,** Attorney General          **(via Mail)**
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001


**(X)     BY MAIL:** I caused such envelope(s) with postage thereon fully prepaid to be placed in the United States mail, in the City of Belmont, County of San Mateo, California, on **10/30/2007.**

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed in Belmont, California on **10/30/2007.**

_____
**IRAJ SHAHROK, ESQ.**
Iraj Shahrok Law Offices
572 Ralston Avenue
Belmont, CA 94002
(650) 591-9604

_____
CERTIFICATE OF SERVICE
C 07-04381 SC