UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CIVIL MINUTES

 C-07-4381          SAMUEL CONTI            DATE 12/7/07
Case Number          Judge

Title: JESSICA CAPARAZ        vs UNITED STATES

Attorneys: IRAJ SHAHROK

Deputy Clerk: T. De Martini    Court Reporter: Katherine Wyatt

Court   Pltf's   Deft's
(xxx)   (   )    (   )   1. Status Conference - Held

(   )   (   )    (   )   2.

(   )   (   )    (   )   3.

(   )   (   )    (   )   4.

(   )   (   )    (   )   5.

(   )Motion(s): (   )Granted  (   )Denied  (   )Withdrawn

(   )Granted/Denied  (   )Off Calendar  (   )Submitted

Order to be Prepared by:(   )Pltf  (   )Deft  (   )Court

Discovery Cutoff:_____ Pretrial Statements Due_____

Case Continued to _____ for Pretrial Conference

Case Continued to _____ for Court/Jury Trial

Case Continued to _____ for Further Status Conference

Case Continued to _____ for _____

CASE REFERRED TO U.S. MAGISTRATE _____

for _____

Opening Briefs _____ Answer _____ Reply _____

Deemed Submitted on _____

ORDERED AFTER HEARING: Plaintiff to have summons issued. Once the Defendant responds to Plaintiff's complaint the Court will schedule a status conference.