**IRAJ SHAHROK, ESQ.  (CSB #49776)**
**Iraj Shahrok Law Offices**
**572 Ralston Avenue**
**Belmont,  CA 94002**
**(650) 591-9604**
**(650) 591-6076 (Fax)**

**Attorney for Petitioner JESSICA MARQUEZ CAPARAZ**

### UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF CALIFORNIA
### 450 Golden Gate Avenue
### San Francisco, California 94102

| | |
|---|---|
| **JESSICA MARQUEZ CAPARAZ,** | CIVIL ACTION NO: |
| | C 07 04381 SC |
| Plaintiff, | |
| v. | NOTICE OF APPEARANCE |
| **MICHAEL B. MUKASEY,** | |
|     U.S. Attorney General, | |
| **MICHAEL CHERTOFF,** | |
|     U.S. D.H.S. Secretary, | |
| **DAVID STILL,** | |
|     U.S. D.H.S. (SFO) Director, | |
| **ROBIN BARRETT,** | |
|    U.S. D.H.S. (SFO) Section Chief | |
| **JOSEPH NAGLE,** | |
|    U.S. D.H.S. (SFO) Officer | |
| Defendants. | |

I, **IRAJ SHAHROK**, **572 Ralston Avenue,  Belmont,  California 94002**, hereby enter my appearance on behalf of **Plaintiff JESSICA MARQUEZ CAPARAZ.**

**IRAJ SHAHROK,  ESQ.**
**572 Ralston Avenue**
**Belmont,  CA 94002**
**(650) 591-9604    (650) 591-6076 (Fax)**

---

JESSICA M. CAPARAZ   v.  MICHAEL B. MUKASEY,  et al.
Civil Case No:   C 07 04381 SC
Proof of Service

All correspondence should be forwarded to that address in the future.  Executed in Belmont, CA on 2/26/2008.

Respectfully submitted:

**IRAJ SHAHROK**
Attorney for Plaintiff

---

JESSICA M. CAPARAZ   v.   MICHAEL B. MUKASEY,  et al.
Civil Case No:   C 07 04381 SC
Proof of Service

**IRAJ SHAHROK, ESQ.  (CSB #49776)**
**Iraj Shahrok Law Offices**
**572 Ralston Avenue**
**Belmont,  CA 94002**
**(650) 591-9604**
**(650) 591-6076 (Fax)**

**Attorney for Petitioner JESSICA MARQUEZ CAPARAZ**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
450 Golden Gate Avenue
San Francisco, California 94102

| | |
|---|---|
| **JESSICA MARQUEZ CAPARAZ,**   ) | CIVIL ACTION NO: |
|                                ) | C 07 04381 SC |
| **Plaintiff,**   ) | |
|                                ) | |
| v.                             ) | **PROOF OF SERVICE** |
|                                ) | |
| **MICHAEL B. MUKASEY,**        ) | |
|     U.S. Attorney General,     ) | |
| **MICHAEL CHERTOFF,**          ) | |
|     U.S. D.H.S. Secretary,     ) | |
| **DAVID STILL,**               ) | |
|     U.S. D.H.S. (SFO) Director,) | |
| **ROBIN BARRETT,**             ) | |
|   U.S. D.H.S. (SFO) Section Chief ) | |
| **JOSEPH NAGLE,**              ) | |
|   U.S. D.H.S. (SFO) Officer    ) | |
|                                ) | |
| **Defendants.**  ) | |
| _____ ) | |

    I, the undersigned, declare that I am an employee of the **Law Offices of Iraj Shahrok** and my business address is **572 Ralston Avenue, Belmont, CA 94002**, and that I have served the original/s true copy of the attached:

**NOTICE OF APPEARANCE**

and was this day addressed as follows:

**HONORABLE JUDGE SAMUEL CONTI** (via ECF)
United States District Court
Northern California
450 Golden Gate Avenue
San Francisco, CA 94102

**MICHAEL B. MUKASEY** (via/Fedex)
U.S. Attorney General
950 Pennsylvania Avenue NW
Washington, DC 20530-0001

**MICHAEL CHERTOFF** (via/Fedex)
Secretary US-DHS
3801 Nebraska Avenue NW
Washington, DC 20528

**EDWARD A. OLSEN** (via ECF/Fedex)
Assistant United States Attorney
450 Golden Gate Avenue, 10th Floor
San Francisco, CA 94102

**DAVID STILL** (via/Fedex)
Director US-CIS (SFO)
630 Sansome Street
San Francisco, CA 94111

**ROBIN BARRETT** (via/Fedex)
Section Chief US-CIS (SFO)
630 Sansome Street
San Francisco, Ca 94111

**JOSEPH NAGLE** (via/Fedex)
US-CIS (SFO) Officer
630 Sansome Street
San Francisco, CA 94111


Executed in Belmont, CA on 2/26/2008.

                                      Respectfully submitted:

                                      **IRAJ SHAHROK**
                                      Attorney for Plaintiff
                                      Jessica M. Caparaz

---

JESSICA M. CAPARAZ   v.  MICHAEL B. MUKASEY, et al.
Civil Case No:   C 07 04381 SC
Proof of Service