1 | JOSEPH P. RUSSONIELLO, CSBN 44332
United States Attorney
2 | JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
3 | Chief, Civil Division
EDWARD OLSEN, CSBN 214150
4 | Assistant United States Attorney

5 | 450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
6 | Telephone: (415) 436-6915
FAX: (415) 436-6927
7
8 | Attorneys for Defendants

9 | UNITED STATES DISTRICT COURT
10 | NORTHERN DISTRICT OF CALIFORNIA
11 | SAN FRANCISCO DIVISION

12 | JESSICA MARQUEZ CAPARAZ, )
)  No. C 07-4381 SC
13 |     Plaintiff, )
)
14 |     v. )
)  **STIPULATION TO DISMISS AND**
15 | MICHAEL B. MUKASEY, Attorney General )  **[PROPOSED] ORDER**
of the United States; )
16 | MICHAEL CHERTOFF, Secretary, )
Department of Homeland Security; )
17 | DAVID STILL, Director, San Francisco Office, )
U.S. Citizenship and Immigration Services; )
18 | ROBIN BARRETT, Section Chief, )
U.S. Citizenship and Immigration Services; )
19 | JOSEPH NAGLE, DHS Officer, )
)
20 |     Defendants. )
)
21

22 | Plaintiff, by and through her attorney of record, and Defendants, by and through their attorneys
23 | of record, hereby stipulate, subject to the approval of the Court, to dismissal of the above-entitled
24 | action without prejudice in light of the fact that the United States Citizenship and Immigration
25 | Services is now prepared to adjudicate plaintiff's application for naturalization and agrees to
26 | adjudicate such application within 30 days of the dismissal of this action.
27 | ///
28 | ///

Stipulation to Dismiss
C07-4381 SC                                     1

1  Each of the parties shall bear their own costs and fees.

2  Date: June 6, 2008                                  Respectfully submitted,

3                                                       JOSEPH P. RUSSONIELLO
                                                        United States Attorney

4

5                                                              /s/
                                                        _____
                                                        EDWARD A. OLSEN
6                                                       Assistant United States Attorney
                                                        Attorneys for Defendants

7

8
                                                               /s/
                                                        _____
9  Date: June 6, 2008                                   IRAJ SHAHROK
                                                        Attorney for Plaintiff

10

11                            **ORDER**

12     Pursuant to stipulation, IT IS SO ORDERED.

13
   Date:                                                _____
14                                                      SAMUEL CONTI
                                                        United States District Judge

Stipulation to Dismiss
C07-4381 SC                              2