1 | JOSEPH P. RUSSONIELLO, CSBN 44332
United States Attorney
2 | JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
3 | Chief, Civil Division
EDWARD OLSEN, CSBN 214150
4 | Assistant United States Attorney

5 | 450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
6 | Telephone: (415) 436-6915
FAX: (415) 436-6927
7

8 | Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JESSICA MARQUEZ CAPARAZ, | No. C 07-4381 SC |
| Plaintiff, | |
| v. | **STIPULATION TO DISMISS AND** [PROPOSED] **ORDER** |
| MICHAEL B. MUKASEY, Attorney General of the United States; MICHAEL CHERTOFF, Secretary, Department of Homeland Security; DAVID STILL, Director, San Francisco Office, U.S. Citizenship and Immigration Services; ROBIN BARRETT, Section Chief, U.S. Citizenship and Immigration Services; JOSEPH NAGLE, DHS Officer, | |
| Defendants. | |

Plaintiff, by and through her attorney of record, and Defendants, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to dismissal of the above-entitled action without prejudice in light of the fact that the United States Citizenship and Immigration Services is now prepared to adjudicate plaintiff's application for naturalization and agrees to adjudicate such application within 30 days of the dismissal of this action.

///

///

Stipulation to Dismiss
C07-4381 SC                                                         1

1  Each of the parties shall bear their own costs and fees.

2  Date: June 6, 2008                               Respectfully submitted,

3                                                   JOSEPH P. RUSSONIELLO
                                                    United States Attorney

4

5                                                          /s/
                                                    EDWARD A. OLSEN
6                                                   Assistant United States Attorney
                                                    Attorneys for Defendants

7

8
                                                           /s/
9  Date: June 6, 2008                               IRAJ SHAHROK
                                                    Attorney for Plaintiff
10

11                              **ORDER**

12     Pursuant to stipulation, IT IS SO ORDERED.

13
   Date:    6/9/08
14                                          _____
                                            SAMUEL CONTI
15                                          United States District Judge

Stipulation to Dismiss
C07-4381 SC                           2